# UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS
## Washington, D.C.

## UNITED STATES

### v.

### Jeremy J. GRIFFIN,
### Seaman Recruit (E-1), U.S. Coast Guard

## CGCMS 24307

## Docket No. 1237

## 17 August 2005

Special Court-Martial convened by Commanding Officer, Training Center Petaluma. Tried at Coast Guard Island, Alameda, California, on 02 November 2004.

| | |
|---|---|
| Military Judge: | CAPT John C. Odell, USCG |
| Trial Counsel: | LT J. Trent Warner, USCGR |
| Defense Counsel: | LT Gregory L. Ryan, JAGC, USNR |
| Appellate Defense Counsel: | LCDR Nancy J. Truax, USCG |
| Appellate Government Counsel: | LCDR John S. Luce, Jr., USCG |

## BEFORE
## PANEL EIGHT
## BAUM, TEAL, & FELICETTI
Appellate Military Judges

Per Curiam:

Appellant was tried by special court-martial, military judge alone. Pursuant to his pleas of guilty, entered in accordance with a pretrial agreement, Appellant was convicted of two specifications of failing to obey a lawful order, in violation of Article 92, Uniform Code of Military Justice (UCMJ); three specifications of wrongfully introducing marijuana onto the U.S. Coast Guard Training Center Petaluma and two specifications of wrongfully using marijuana, in violation of Article 112a, UCMJ; and one specification of wrongfully possessing drug paraphernalia and one specification of wrongfully possessing an altered military identification card, in violation of Article 134, UCMJ. The military judge sentenced Appellant to a bad-conduct discharge and confinement for 115 days. The Convening Authority approved the sentence as adjudged. The pretrial agreement had no effect on the sentence.

Before this Court, without admitting that the findings and sentence are correct in law and fact, Appellant has submitted this case on its merits as to any and all errors.

We have reviewed the record in accordance with Article 66, UCMJ. Upon such review, the findings and sentence are determined to be correct in law and fact and, on the basis of the entire record, should be approved. Accordingly, the findings of guilty and the sentence, as approved below, are affirmed.



For the Court,

Roy Shannon Jr.
Clerk of the Court